(109 So. 117)

**CITY OF ALBANY v. ROBERT BANKS.**
**(8 Div. 876.)**

(Supreme Court of Alabama. June 10, 1926.)

Certiorari to Court of Appeals.

G. O. Chenault, of Albany, for petitioner.
Eyster & Eyster, of Albany, opposed.

BOULDIN, J. Petition of the city of Albany for certiorari to Court of Appeals to review and revise the judgment and decision of that court in City of Albany v. Banks, 21 Ala. App. 411, 109 So. 117.
Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.